**Opinion issued September 29, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00632-CV

————————————

## IN RE BRIDGETEX PIPELINE COMPANY, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

BridgeTex Pipeline Company, LLC filed a petition for writ of mandamus and a motion for temporary relief.[1] On August 17, 2016, BridgeTex filed a motion to abate the proceeding because the parties were finalizing a settlement agreement.

---

[1] The underlying case is *Primoris Energy Services Corporation d/b/a Sprint Pipeline Services v. BridgeTex Pipeline Company, LLC*, cause number 2014-63615, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclenel McFarland presiding.

Accordingly, we entered an order on August 18, 2016, abating the proceeding. *See* TEX. R. APP. P. 52.10(b).

On September 20, 2016, BridgeTex filed a motion to dismiss this proceeding because the parties have settled their differences. We grant the motion, reinstate the case, and dismiss the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.